Commonwealth *v.* Trunzo, Appellant.

718

 Submitted March 24, 1970. *John J. Brier*, Assistant Public Defender, for appellant; *Harry P. O'Neill, Jr.,* Assistant District Attorney, and *Joseph J. Cimino,* District Attorney, for Commonwealth, appellee.

Order affirmed.